United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kathy Grim  
    Debtor

Case No. 20-14285-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 14, 2021      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy Grim, 7272 Lincoln Court, New Tripoli, PA 18066-3660 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14556010 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14556011 | | CFI Resort Management, Inc., 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |
| 14567900 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14556013 | + | First Federal Bank, 784 South 6th Street, Macclenny, FL 32063-9652 |
| 14573671 | + | First Federal Bank, 1891 South 14th Street, Fernandina Beach, FL 32034-3033 |
| 14556014 | + | John H. McCorvey, Jr., Esquire, 301 West Bay Street, Suite 1458, Jacksonville, FL 32202-5106 |
| 14556016 | | Kohl's/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14560197 | + | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14574289 | | Manufacturers and Traders Trust Co., Bank of America, N.A, P.O. Box 31785, Tampa FL 33631-3785 |
| 14556157 | + | Pam East, 5639 Sell Road, Schnecksville, PA 18078-3231 |
| 14568627 | + | Pamela East, 5639 Sell Rd., Schnecksville, PA 18078-3231 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2021 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 15 2021 02:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14571881 | | Email/Text: ally@ebn.phinsolutions.com | Jan 15 2021 02:05:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14556009 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 15 2021 02:05:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14556012 | | Email/Text: mrdiscen@discover.com | Jan 15 2021 02:05:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 14558885 | | Email/Text: mrdiscen@discover.com | Jan 15 2021 02:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14556015 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:22:55 | JP Morgan Chase Bank, P.O. Box 15369, Wilmington, DE 19850 |
| 14556017 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2021 02:05:00 | PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14566175 | + | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 20-14285-pmm    Doc 36    Filed 01/16/21    Entered 01/17/21 00:46:05    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 26 |

| | Jan 15 2021 02:05:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
|---|---|---|

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14556160 | *+ | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14556161 | *+ | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14556162 | * | CFI Resort Management, Inc., 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |
| 14556163 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 14556164 | *+ | First Federal Bank, 784 South 6th Street, Macclenny, FL 32063-9652 |
| 14556166 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, P.O. Box 15369, Wilmington, DE 19850 |
| 14556165 | *+ | John H. McCorvey, Jr., Esquire, 301 West Bay Street, Suite 1458, Jacksonville, FL 32202-5106 |
| 14556167 | * | Kohl's/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14556169 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14556168 | *+ | Pam East, 5639 Sell Road, Schnecksville, PA 18078-3231 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK FSB bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM HRONIS | on behalf of Debtor Kathy Grim william.hronis@gmail.com hronis@rcn.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Kathy Grim | Bankruptcy No. 20-14285-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 14, 2021**

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE